IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRAVLES JOHNSON                                                                                          PLAINTIFF

v.                                    Case No. 2:13-CV-02181

RON BROWN, Crawford County Sheriff; LT. CUPP,
Crawford County Detention Center; CRAWFORD
COUNTY DETENTION CENTER                                                                    DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 7) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that any pending motions are DENIED AS MOOT.

Judgment will be entered accordingly.

IT IS SO ORDERED this 31st day of October, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE