IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRAVLES JOHNSON                                                                    PLAINTIFF

v.                             Case No. 2:13-CV-02181

RON BROWN, Crawford County Sheriff; LT. CUPP,
Crawford County Detention Center; CRAWFORD
COUNTY DETENTION CENTER                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 31st day of October, 2013.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE